IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LELAND HAYNES, | No. 2:19-CV-1988-DJC-AC-P |
| Plaintiff, | |
| v. | ORDER |
| DAVID OREL, et al., | |
| Defendants. | |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the Court is Plaintiff's notice of withdrawal from a settlement agreement reached in this case. See ECF No. 30.

On December 13, 2023, the assigned Magistrate Judge issued an order referring this case to the Court's Early Alternative Dispute Resolution Program for prisoner cases. See ECF No. 26. The matter was referred to the undersigned for a settlement conference, which occurred on May 30, 2024, via Zoom. See ECF Nos. 27 and 29. At the May 30, 2024, settlement conference, the parties reached a settlement of this case upon mutually agreeable terms which were placed on the record. Also placed on the record were the parties' affirmative assents to the terms of the settlement. In Plaintiff's current filing, Plaintiff now seeks to add new material terms to the settlement agreement.

///

1

Plaintiff is advised that he may not, after accepting the terms of the settlement agreement placed on the record on May 30, 2024, now add new terms to the agreement. As stated on the record at the conclusion of the May 30, 2024, settlement conference, the undersigned retains jurisdiction to enforce the settlement as agreed on the record. Absent an express agreement from defense counsel to new terms, which is not shown on the current record, the terms of the settlement as memorialized on May 30, 2024, <u>will be enforced</u> as agreed.

Accordingly, IT IS HEREBY ORDERED as follows:

1. The Court REJECTS Plaintiff's withdrawal from the settlement agreement reached on May 30, 2024, which will be strictly enforced.

2. The Court sua sponte extends the deadline for filing of dispositional documents to 30 days from the date of this order.

Dated: June 24, 2024

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE